HYMAN H. GOLDBERG, Respondent, *v.* ARTHUR BLANK et al., Individually and as Copartners under the Firm Name of CONSOLIDATED GAS IRON COMPANY, Appellants.

(Submitted October 25, 1929; decided November 19, 1929.)

*Daniel Handler* for appellants.

*George L. Livingston* and *Joseph Goldberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.